UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMUEL RUBIN,

                            Appellant,

v.

TRUMP VILLAGE SECTION 3, INC.,

                            Appellee.
-----------------------------------------------------------X

**ORDER**

No. 25-CV-05012 (PMH)

PHILIP M. HALPERN, United States District Judge:

      On August 13, 2025, the Court directed Appellant to show cause by 5:00 p.m. on August 20, 2025 by letter filed via ECF why this appeal should not be dismissed under FRBP 8003(a)(2) and 8009 for failure to perfect or prosecute. (Doc. 4). No such letter has been filed and Appellant has not otherwise communicated with the Court in any way.

      In light of Appellant's failure to file a designation of the items to be included in the record on appeal and a statement of the issues to be presented, there is no record before this Court to review. Having been given adequate notice by the Court, and Appellant having failed to comply with procedural requirements, filing deadlines, and this Court's August 13, 2025 Order, under these circumstances and on the authority of *In re Lynch*, 430 F.3d 600, 603 (2d Cir. 2005), the Court, in the exercise of its discretion, hereby dismisses this appeal.

      The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 2) and to close this case.

      In the event that Appellant elects to proceed *in forma pauperis* on appeal from this Order, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any such appeal would not be taken in good faith and therefore denies *in forma pauperis* status. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED:**

Dated: White Plains, New York
       August 27, 2025

_____
Philip M. Halpern
United States District Judge

Case 7:25-cv-05012-PMH   Document 5   Filed 08/27/25   Page 2 of 2